Case 2:15-cv-00093-JTR    Document 19    Filed 04/26/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2016

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRIS T. KNIGHT,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>  Defendant. | No.  2:15-CV-00093-JTR<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED: April 26, 2016

                              SEAN F. McAVOY
                              Clerk of Court

                              By:  *s/Melissa Orosco*
                                  Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**